# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**KEVIN PEARCY, ADC #67609**                                                          **PLAINTIFF**

**V.**                      **CASE NO. 4:09CV00726 GTE/BD**

**WAYNE HONEYCUTT, et al.**                                                         **DEFENDANTS**

## ORDER

Plaintiff filed a pro se Complaint (docket entry #2) under 42 U.S.C. § 1983 on September 10, 2009, along with an Application to Proceed *In Forma Pauperis* (#1). Plaintiff alleges that Defendants used excessive force against him on several different occasions in violation of his Eighth Amendment rights.

According to Plaintiff's Complaint, the wrongful acts he complains of arose during his incarceration in the Garland County Detention Facility ("GCDF"), which lies in the Western District of Arkansas. All of the Defendants are GCDF employees. The interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a) and 28 U.S.C. § 1391(e).

The Clerk of the Court is directed to transfer Plaintiff's case immediately to the United States District Court for the Western District of Arkansas, Hot Springs Division, 100 Reserve Street, Room 347, Hot Springs, Arkansas 71902-6486.

IT IS SO ORDERED this 14th day of September, 2009.

_ /s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE